UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 5:08CR9-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING ADMISSION |
| ) | *PRO HAC VICE* |
| ELLIS LEMACH THOMAS, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed June 20, 2008.

For good cause shown, the Motion is hereby **GRANTED**, and Mitchell Hamilton Nelson is admitted to practice *pro hac vice*. James S. Weidner, Jr., a member of this Bar, shall serve as co-counsel.

**SO ORDERED**.

Signed: June 23, 2008

David C. Keesler
United States Magistrate Judge